# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM SPEIGHT, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABOR SOURCE, LLC,<br><br>Defendant. | CASE NO. 4:21-cv-00112-FL |

**DECLARATION OF ROBERT REESE**

I, Robert Reese, declare as follows:

1. I am over 18 years of age and competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts attested to in this Declaration.

2. I am employed as Chief Operating Officer for Labor Source. I have held this position since June 2020. In my position, I have access to, and have reviewed, various corporate records maintained by and on behalf of Labor Source in the ordinary course of business.

3. Labor Source is a limited liabilty company organized under the laws of the State of Kansas, with its principal place of business in Olathe, Kansas.

4. Labor Source is a staffing company with 7 permanent offices located in 4 states. Labor Source has no permanent office location in the State of North Carolina and no permanent employees in North Carolina. Labor Source provides staffing services for various projects nationwide.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct.

Executed on this 8th day of November, 2021.

_____
Robert Reese