IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action 4:21-cv-00112-FL

| | | |
|---|---|---|
| BILLY SPEIGHT, JASON HAGENS, SCOTTIE WILLIAMS, TANGELA FLANAGAN, Individually and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiffs*, | § § | NOTICE OF SPECIAL APPEARANCE |
| v. | § § | |
| LABOR SOURCE, LLC, | § § | |
| *Defendant*. | § § | |

Please take notice that the undersigned Ryan A. Quadrel hereby enters a notice of special appearance as counsel for Plaintiff Billy Speight, individually and on behalf of all other similarly situated, in the above-captioned matter, in association with Local Civil Rule 83.1 (d) counsel, John J. Nestico (N.C SBN 39457).

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: July 23, 2024          Respectfully submitted,

                                                      SCHNEIDER WALLACE
                                                    COTTRELL KONECKY LLP

                                                    */s/ Ryan A. Quadrel*
                                                    Ryan A. Quadrel
                                                    300 S. Grand Avenue, Suite 2700
                                                    Los Angeles, California 90071
                                                    Telephone: (213) 835-1550
                                                    Facsimile: (415) 421-7105
                                                    rquadrel@schneiderwallace.com

                                                    Carolyn H. Cottrell (Cal. SBN 166977)
                                                    Ori Edelstein (Cal. SBN 268145)
                                                    2000 Powell Street, Suite 1400
                                                    Emeryville, California 94608
                                                    Telephone (415) 421-7100

Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

Michael K. Burke (Tex. SBN 24012359)
William M. Hogg (Tex. SBN 24087733;
 Cal. SBN 338196)
3700 Buffalo Speedway, Suite 960
Houston, Texas 77098
Tel: (713) 338-2560
Facsimile: (415) 421-7105
mburke@schneiderwallace.com
whogg@schneiderwallace.com

*Counsel for Plaintiff, Class, and Collective Members*
*\*Admitted by Special Appearance*
*(Pursuant to Local Civil Rule 83.1(d))*

John J. Nestico (N.C. SBN 39457)
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Tel: (510) 740-2946; Fax: (415) 421-7105
jnestico@schneiderwallace.com

*Local Civil Rule 83.1(d) Attorney*

# CERTIFICATE OF SERVICE

I certify that on July 23, 2024, I filed this Notice through the Eastern District of North Carolina's CM/ECF system which will serve an electronic copy on all parties of record.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
        Kevin S. Joyner (N.C. Bar No. 25605)
        8529 Six Forks Road, Forum IV, Suite 600
        Raleigh, NC 27615
        919.787.9700
        919.783.9412 (Facsimile)
        Email: kevin.joyner@ogletree.com

        Justin M. Dean
        4520 Main Street, Suite 400
        Kansas City, MO 64111
        816.410.2244
        816.471.1303 (Facsimile)
        Emails: justin.dean@ogletree.com

        *Known counsel for Defendant Labor Source, LLC*

                            /s/ Ryan A. Quadrel
                            RYAN A. QUADREL