IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO.: 4:21-cv-112-FL

| | |
|---|---|
| BILLY SPEIGHT, JASON HAGENS, SCOTTIE WILLIAMS, TANGELA FLANAGAN, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) **AMENDED NOTICE OF SPECIAL**<br>) **APPEARANCE OF JUSTIN M. DEAN** |
| vs. | )<br>) |
| LABOR SOURCE, LLC, | )<br>) |
| Defendant. | ) |

**PLEASE TAKE NOTICE** that Justin M. Dean of the law firm of Jackson Lewis P.C. amends his Notice of Special Appearance filed at Docket Entry 24 on December 20, 2021, in that he will continue to appear as counsel for Labor Source, LLC in the above-captioned matter, but his appearance will now be in association with Local Rule 83.1(e)(1) counsel, Damón Gray II in the place of Kevin S. Joyner.

Justin M. Dean is currently a member in good standing of the bar of the highest court of Missouri. No disciplinary proceedings are pending against Justin M. Dean in any jurisdiction, and no discipline has previously been imposed on him in any jurisdiction.

Justin M. Dean will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted, this 27 day of August, 2024.

**JACKSON LEWIS P.C.**

BY: */s/    Justin M. Dean*
      JUSTIN M. DEAN
      MO Bar ID No. 48467
      **\*\****Special Appearance per L.R. 83.1(e)(1)*
      7101 College Blvd, Ste. 1200
      Overland Park, KS 66210
      Telephone: ((913) 251-3724
      Email: justin.dean@jacksonlewis.com

      DAMÓN GRAY II
      N. C. State Bar No. 50740
      3737 Glenwood Avenue, Suite 450
      Raleigh, NC 27612
      Telephone: (919) 760-6460
      Facsimile: (919) 760-6461
      Email: damon.gray@jacksonlewis.com
      *Local Rule 83.1 Counsel for Defendant*

      *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO.: 4:21-cv-112-FL

| | |
|---|---|
| BILLY SPEIGHT, JASON HAGENS, SCOTTIE WILLIAMS, TANGELA FLANAGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LABOR SOURCE, LLC,<br><br>Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on August 27, 2024, a copy of the *Amended Notice of Special Appearance of Justin M. Dean* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

John J. Nestico
Schneider Wallace Cottrell Konecky LLP
6000 Fairview Road, Ste. 1200
Charlotte, NC 28210
jnestico@schneiderwallace.com

Ori Edelstein (via special appearance)
Carolyn H. Cottrell (via special appearance)
Eugene Zinovyev (via special appearance)
2000 Powell St., Ste. 1400
Emerysville, CA 94608
odelstein@schneiderwallace.com
ccottrell@schneiderwallace.com
ezinovyev@schneiderwallace.com

Ryan A. Qauadrel (via special appearance)
Schneider Wallace Cottrell Konecky LLP
300 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071

*Attorneys for Plaintiff*

**JACKSON LEWIS P.C**.

BY: */s/    Justin M. Dean*
       JUSTIN M. DEAN
       MO Bar ID No. 48467
       **Special Appearance per L.R. 83.1(e)(1)*
       7101 College Blvd, Ste. 1200
       Overland Park, KS 66210
       Telephone: ((913) 251-3724
       Email:  justin.dean@jacksonlewis.com

   */s/    Damón Gray II*
     DAMÓN GRAY II
     N.C. State Bar No. 50740
     3737 Glenwood Avenue, Suite 450
     Raleigh, NC 27612
     Telephone: (919) 760-6460
     Facsimile: (919) 760-6461
     Email: damon.gray@jacksonlewis.com
     *Attorneys for Defendant*

4868-4486-0893, v. 1