IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:21-CV-112-FL

| | |
|---|---|
| **BILLY SPEIGHT, JASON HAGENS, SCOTTIE WILLIAMS, TANGELA FLANAGAN, Individually and on behalf of all others similarly situated,** | § § § |
| *Plaintiffs*, | § § |
| v. | § § |
| **LABOR SOURCE, LLC,** | § § |
| *Defendant*. | § § |

## NOTICE OF RENEWED MOTION AND MOTION IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to the Federal Rule of Civil Procedure 23, Plaintiffs Billy Speight, Jason Hagens, Scottie Williams and Tangela Flanagan through their undersigned counsel, respectfully moves this Court for an order certifying Plaintiffs' action as a class action against Defendant Labor Source, LLC.

Plaintiffs respectfully move this court to determine that class treatment is appropriate under Federal Rule of Civil Procedure 23 on the grounds that (1) the class is so numerous that joinder of all members is impracticable, (2) there are questions of law and fact common to the class, (3) the class representatives' claims are typical of the claims of the class, and (4) the class representatives will fairly and adequately protect the interests of the class.

Furthermore, Plaintiffs request that the Court Certify the following Class:

> **All current and former hourly, non-exempt employees, All current and former hourly, non-exempt employees, including but not limited to, Laborers, non-exempt Crew Leads, non-**

**commercial drivers, technicians, carpenters, apprentices, cleaning crew, plumbers, welders, and other Laborers with similar job duties who were transported by Defendant within the State of North Carolina any time from August 12, 2019 through the present.**

In addition, Plaintiffs request that the Court Certifies the following Subclass:

**Any Class Member who was dispatched from North Carolina to project sites outside of North Carolina**

In addition, Plaintiffs request that the Court Certifies the following Subclass:

**Any Class Member who performed work for Defendant on projects located in the State of North Carolina during the Class Period**

In addition, Plaintiffs request that the Court Certifies the following Subclass:

**Any Class Member who performed work for Defendant on projects located in the State of North Carolina during the Class Period**

This motion is based on the accompanying memorandum of points and authorities; the Declaration of Carolyn H. Cottrell; the Declaration of Eugene Zinovyev, including the deposition transcript excerpts and documents attached to the Declaration; the Declarations of Plaintiffs Speight, Flanagan, Hagens and Williams, the Declarations of Multiple Opt-in Plaintiffs and such oral argument as may be heard by the Court; and all other papers on file in this action.

| | |
|---|---|
| Dated: December 16, 2024 | Respectfully submitted, |
| | SCHNEIDER WALLACE COTTRELL KONECKY LLP |
| | */s/ Carolyn H. Cottrell* <br> Carolyn H. Cottrell (Cal. SBN 166977) <br> Ori Edelstein (Cal. SBN 268145) <br> Ryan A Quadrel (Cal. SBN 308311) <br> 2000 Powell Street, Suite 1400 <br> Emeryville, California 94608 <br> ccottrell@schneiderwallace.com <br> oedelstein@schneiderwallace.com |

rquadrel@schneiderwallace.com

/s/ *John J. Nestico*
John J. Nestico (N.C. SBN 39457)
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Tel: (510) 740-2946;
Fax:(415) 421-7105
jnestico@schneiderwallace.com
*Local Civil Rule 83.1(d) Counsel for Plaintiff*

*Counsel for Plaintiff, Class, and Class Members*

# CERTIFICATE OF SERVICE

I certify that on December 16, 2024, I filed this motion through the Eastern District of North Carolina's CM/ECF system which will serve an electronic copy on all parties of record.

Justin M. Dean
4520 Main Street, Suite 400
Kansas City, MO  64111
816.410.2244
816.471.1303 (Facsimile)
Emails:  justin.dean@ogletree.com

DAMÓN GRAY II
N.C. State Bar No. 50740
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: damon.gray@jacksonlewis.com

*Counsel for Defendant*

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell (Cal. SBN 166977)